## Peter MANISCALCO v. UNITED STATES of America.

### No. 5956.

Circuit Court of Appeals, Seventh Circuit.

Oct. 13, 1936.

Joseph R. Roach, of Chicago, Ill., for appellant.

Earle C. Hurley, of Chicago, Ill., for the United States.

Before EVANS and SPARKS, Circuit Judges, and BRIGGLE, District Judge.

PER CURIAM.

Now this day come the parties by their counsel, and this cause now comes on to be heard on the printed record and briefs of counsel and on oral argument.

On consideration whereof it is now here ordered and adjudged by this court that the judgment of the District Court of the United States for the Northern District of Illinois, Eastern Division, entered in this cause be, and the same is hereby, affirmed.

## Maggie MANZO, Plaintiff-Appellee, v. NATIONAL RESERVE INSURANCE COMPANY OF ILLINOIS, Also Known as National Reserve Insurance Company, Defendant-Appellant.

### No. 148.

Circuit Court of Appeals, Second Circuit.

Jan. 4, 1937.

Powers, Kaplan & Berger, of New York City (David A. Ticktin and Milton Adler, both of New York City, of counsel), for appellant.

Charles B. Dullea, of New York City (Alfred B. Nathan, of New York City, Joseph P. Walsh, of St. George, S. I., N. Y., and Benjamin Lewis, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

## Walter H. MARSH, Sr., Administrator of George Edward Marsh, Appellant, v. UNITED STATES of America, Appellee.

### No. 4082.

Circuit Court of Appeals, Fourth Circuit.

Sept. 23, 1936.

Levin Nock Davis, of Accomac, Va., Robert H. McNeill, of Washington, D. C., and William P. Boehmer, of Norfolk, Va., for appellant.

Sterling Hutcheson, U. S. Atty., of Richmond, Va., Russell T. Bradford, Sp. Atty., Bureau of War Risk Litigation, of Norfolk, Va., and Julius C. Martin, Director, Bureau of War Risk Litigation, of Washington, D. C.

PER CURIAM.

Case dismissed under rule 20 in accordance with stipulation of attorneys.

## R. G. MILLER v. UNITED STATES of America.

### No. 1511.

Circuit Court of Appeals, Tenth Circuit.

Jan. 27, 1937.

Edgar C. Jensen, of Salt Lake City, Utah, for appellant.

Dan B. Shields, U. S. Atty., of Salt Lake City, Utah.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.